```
                IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**KIMBERLY SUE EFAW**

    **Petitioner,**

v.                       //      CIVIL ACTION NO. 1:07CV125
                                CRIMINAL ACTION NO. 1:06CR48
                                       (Judge Keeley)

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 17, 2007, pro se petitioner, Kimberly Sue Efaw, ("Efaw") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court referred this matter to United States Magistrate Judge John S. Kaull for initial screening and a Report and Recommendation ("R&R") in accordance with Local Rule of Prisoner Litigation 83.09.

On June 9, 2008, Magistrate Judge Kaull issued an R&R recommending that this Court deny and dismiss Efaw's petition with prejudice. The R&R also specifically warned that failure to object to it would result in the waiver of any appellate rights on this issue. Nevertheless, Efaw failed to file any objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (civil dkt. no. 5; criminal dkt. no. 36), **GRANTS**

---

[1] Efaw's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**EFAW V. USA**                    CIVIL ACTION NO. 1:07CV125
                                   CRIMINAL ACTION NO. 1:06CR48

**ORDER ADOPTING REPORT AND RECOMMENDATION**

the respondent's motion to dismiss (civil dkt. no. 4; criminal dkt. no. 34), **DENIES** the Petition for Writ of Habeas Corpus (civil dkt. no. 1; criminal dkt. no. 29), and **DISMISSES** this case **WITH PREJUDICE.** The Clerk is ordered to **STRIKE** this case from the Court's docket.

The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and to transmit copies of this Order to counsel of record.

Dated: August 25, 2008.

                                   /s/ Irene M. Keeley
                                   IRENE M. KEELEY
                                   UNITED STATES DISTRICT JUDGE